1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RAY GREENLEA, | Case No.  1:16-cv-00801-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION |
| v. | (ECF NO. 2) |
| COMMISSIONER OF SOCIAL SECURITY, | TWENTY DAY DEADLINE |
| Defendant. | |

Plaintiff Charles Ray Greenlea filed a complaint on June 9, 2016 challenging the Commissioner's denial of Social Security benefits.  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, Plaintiff's application was not adequately completed. Plaintiff appeared to respond that he was receiving money from business, profession or other self-employment, but no such income is reported.  Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Clerk of the Court is directed to forward an in forma pauperis application(Long Form) to Plaintiff;

2.      Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) file an application to proceed in forma pauperis without prepayment of the fee; and

3.      If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **June 13, 2016**

UNITED STATES MAGISTRATE JUDGE